# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

261

CA 13-01532

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, VALENTINO, AND WHALEN, JJ.

NORMAN J. CARNEY, PLAINTIFF-APPELLANT,

V                                                           ORDER

PAVILION DRAINAGE SUPPLY CO., INC.,
DEFENDANT-RESPONDENT.

LECLAIR KORONA GIORDANO COLE LLP, ROCHESTER (MARY JO S. KORONA OF
COUNSEL), FOR PLAINTIFF-APPELLANT.

DADD, NELSON & WILKINSON, ATTICA (DAVID H. NELSON OF COUNSEL), FOR
DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered April 26, 2013. The order, insofar as appealed from, granted in part the motion of defendant for summary judgment and denied the cross motion of plaintiff to compel discovery.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: March 21, 2014                          Frances E. Cafarell
                                                 Clerk of the Court